IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NOVEX BIOTECH, LLC,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>CHROMADEX, INC.,<br><br>        Defendant and Counterclaimant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:19-cv-271-JNP-PMW<br><br>District Judge Jill N. Parrish |

Before the court is a stipulated motion to dismiss all claims and counterclaims filed by Plaintiff and Counterclaim Defendant Novex Biotech, LLC, on March 13, 2020. [Docket 57]. Based on that motion, and for good cause, the action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

Signed March 13, 2020

                                              BY THE COURT

                                              _____
                                              Jill N. Parrish
                                              United States District Court Judge